**McDonnell Crowley, LLC**
500 Hooper Avenue,
Toms River, New Jersey 08753(973) 622-1800
Brian T. Crowley, Esq. (bcrowley@mchfirm.com)
*Special Counsel to John M. McDonnell, Esq.*
*Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>FAST TRACK TRADING LLC,<br><br>Debtor. | Case No. 25-10470 (MBK)<br><br>Chapter 7<br><br>Judge: Hon. Michael B. Kaplan |
| JOHN M. McDONNELL, ESQ.,<br>CHAPTER 7 TRUSTEE<br>Plaintiff,<br>v.<br><br>SCHUYLER REAM,<br><br>Defendant. | Adv. Pro. No. 26-01558 |

**CERTIFICATION OF SERVICE**

1. I, Bonnie Reynolds, am the legal assistant employed by MCDonnell Crowley, LLC, Special Counsel for John M. McDonnell, Esq., the Plaintiff in the above captioned adversary proceeding.

2. On November 8, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Summons and Notice of Pretrial Conference in an Adversary Proceeding;
   - Complaint to Avoid and Recover Fraudulent and Preferential Transfer Pursuant to 11 U.S.C. § 544, 547, 548, and 550 and N.J.S.A. 25:2-25 and 25:2-27;
   - Form of Mediation Order;
   - Form of Joint Order Scheduling Pretrial Proceedings and Trial; and
   - Instruction Sheet.
   - Amended Order Granting Motion Establishing Streamlined Procedures Governing Certain Adversary Proceedings Commenced by the Chapter 7 Trustee Pursuant to Sections 502, 542,544, 547, 548, 549 and 550 of the Bankruptcy Code entered on June 30, 2026 (the" Order").

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated. Dated:

November 8, 2026

/s/ Bonnie Reynolds
BONNIE REYNOLDS

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Schuyler Ream<br>3816 Beethoven St.<br>Los Angeles, CA 90066 | *Defendant* | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing<br>☐ Other__________ |